# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-2311
LT Case No. 2023-CA-296

———————————————————

CONSTANTINE ALEXIOU,

    Appellant,

    v.

MILDRED CRUZ MARTINEZ,

    Appellee.

———————————————————

On appeal from the Circuit Court for Lake County.
Michael G. Takac, Judge.

Roselin Figueroa Watts and Fanny Nater, of Nater Law Firm, PLLC, Orlando, for Appellant.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and WALLIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____